# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: | Case No.: 08 B 16885 |
| Kenneth A. Taylor | Chapter: 13 |
| Debtor(s) | Judge Jacqueline P. Cox |

## NOTICE OF POST PETITION OBLIGATIONS DUE

**TO:** Tom Vaughn, Chapter 13 Trustee, 200 S. Michigan Ave., Suite 1300, Chicago, IL 60604-
Kenneth A. Taylor, Debtor(s), 9012 S. Luella Ave, Chicago, IL 60617
Ian W. Wallace, Attorney for Debtor(s), 233 S. Wacker Dr. Suite 5150, Chicago, IL 60606

You are hereby notified that debtor(s) is(are) due to JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, SUCCESSOR IN INTEREST FROM WASHINGTON MUTUAL BANK F/K/A WASHINGTON MUTUAL BANK, FA for the contractual mortgage payment due 10/01/2009. On 03/01/2010 when the Trustee Filed the Notice of Final Mortgage Cure Amount the Debtor owed for the 10/01/2009 through 03/01/2010 post-petition mortgage payments, with the 04/01/2010 coming due and $2,168.82 in suspense . The current mortgage payment amount due each month is $2,267.74 . As Debtor has failed to maintain post-petition payments, the current provision of the plan regarding reinstatement do not apply and any oustanding pre-petition amounts also remain due. Please note that funds were received after the Trustee's Notice was issued.

Pursuant to the terms of the confirmed plan, if no challenge to these advances is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this notice or by 05/08/2010, JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, SUCCESSOR IN INTEREST FROM WASHINGTON MUTUAL BANK F/K/A WASHINGTON MUTUAL BANK, FA's rights to collect these amounts will remain unaffected.

## PROOF OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice upon the parties listed above, by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527, before the hour of 5:00 PM on April 8, 2010.

    /s/ Jose Moreno
    Attorney for Creditor

Berton J. Maley ARDC#6209399
Gloria C. Tsotsos ARDC# 6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Maria A. Georgopoulos ARDC#6281450
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-08-10874)**
NOTE: Pursuant to the Fair Debt Collection Practices Act you are advised that this law firm is deemed to be a debt collector attempting to collect a debt and any information obtained will be used for that purpose.